IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01886–WJM–KMT

FRANCES M. OWENS,

     Plaintiff,

v.

PATRICK R. DONAHOE, POSTMASTER GENERAL,

     Defendant.

---

## ORDER

---

     Due to a scheduling conflict, the final pretrial conference set in this matter for February 14, 2012 at 9:45 a.m. is VACATED.  The final pretrial conference is hereby reset for March 7, 2012 at 9:45 a.m.

     The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) business days prior to the final pretrial conference.

     Dated this 12th day of July, 2011

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge