IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01886–WJM–KMT

FRANCES M. OWENS,

    Plaintiff,

v.

PATRICK R. DONAHOE, POSTMASTER GENERAL,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion to Vacate Discovery Cut-Off and Dispositive Motion Deadline" (Doc. No. 50, filed Nov. 17, 2011) is GRANTED. Pursuant to the stay of discovery in this matter, the Discovery Cut-Off and Dispositive Motions Deadline are extended until further order of this court. The parties shall file a joint status report within ten (10) days of a ruling on the pending motion to dismiss to advise if the Discovery Cut-Off and Dispositive Motions Deadline should be reset.

Dated: November 21, 2011